1 TRACY L. WILKISON
Acting United States Attorney
2
DAVID M. HARRIS                                               JS-6
3 Assistant United States Attorney
Chief, Civil Division
4
CEDINA M. KIM
5 Assistant United States Attorney
Senior Trial Attorney, Civil Division
6
PAUL SACHELARI, CSBN 230082
7 Special Assistant United States Attorney
    Social Security Administration
8     160 Spear St., Suite 800
    San Francisco, CA  94105
9     Telephone:  (415) 977-8933
    Facsimile:  (415) 744-0134
10     Email:  paul.sachelari@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEVE DOMINGUEZ, | No. 2:20-cv-10023-KK |
| Plaintiff, | **JUDGMENT OF REMAND** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further

///

proceedings consistent with the Stipulation of Remand.

DATED: May 28, 2021

_____
HON. KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE